Naoki S. Kaneko (SBN: 252285)
nkaneko@shb.com
**Shook Hardy & Bacon, L.L.P.**
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

*Counsel for Defendants Bayer HealthCare LLC and Elanco Animal Health Inc.*

(Additional counsel listed in signature block)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVISION**

| | |
|---|---|
| AMANDA MERRIMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, and ELANCO ANIMAL HEALTH, INC.,<br><br>Defendants. | Case No. 3:21-cv-02227-RS<br><br>**STIPULATION REGARDING UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES AND ORDER RELATING CASES**<br><br>JUDGE: Hon. Richard Seeborg |
| MICHAELE DPHREPAULEZZ on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, and ELANCO ANIMAL HEALTH, INC.,<br><br>Defendants. | Case No. 3:21-cv-02439-EMC<br><br>JUDGE: Hon. Edward M. Chen |

Pursuant to Local Rule 7-12, the parties file this stipulation in support of Defendants' Administrative Motion to Consider Whether Cases Should be Related Under Civil Local Rule 3-12(b) and 7-11(a), as follows:

1.     WHEREAS, on March 30, 2021, Plaintiff Amanda Merriman filed a putative class action complaint seeking to represent a class of California purchasers of Seresto® flea and tick prevention collars for dogs and cats. (Dkt. No. 1) The complaint asserts consumer fraud and breach of warranty claims, including claims for (1) breach of express and implied warranty; (2) unjust enrichment; (3) an alleged violation of California's Song-Beverly Act; (4) an alleged violation of California's Consumer Legal Remedies Act; (5) an alleged violation of California's False Advertising Law; and (6) an alleged violation of California's Unfair Competition Law.

2.     WHEREAS, on April 5, 2021, Plaintiff Michaele Dphrepaulezz filed another putative class action complaint, seeking to represent a nationwide class of purchasers of Seresto® in connection with consumer fraud and warranty claims related to Seresto®. The complaint asserts claims for (1) an alleged violation of California's Consumer Legal Remedies Act; (2) an alleged violation of California's Unfair Competition Law; (3) unjust enrichment; and (4) breach of the implied warranty of merchantability.

3.     WHEREAS, the plaintiffs in both cases name Bayer Corporation and Elanco Animal Health Inc. as defendants and allege consumer fraud claims regarding the marketing of Elanco's Seresto® flea and tick prevention collars for dogs and cats.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rules 3-12(b), 7-11(a), and 7-12, by and between the undersigned counsel for the parties, that these matters should be related and assigned to the Court of the lowest-numbered case, *Amanda Merriman v. Bayer HealthCare LLC and Elanco Animal Health Inc.*, No. 3:21-cv-02227-RS, the Honorable Richard Seeborg, presiding.

DATED: May 4, 2021          Respectfully submitted,

                             /s/ Rachel Soffin
                            Rachel Soffin (admitted *Pro Hac Vice*)
                            Jonathan B. Cohen (admitted *Pro Hac Vice*)
                            William A. Ladnier (admitted *Pro Hac Vice*)
                            **GREG COLEMAN LAW PC**
                            First Tennessee Plaza 800 S. Gay Street
                            Suite 1100
                            Knoxville, TN 37929

Tel: (865) 247-0080 Fax: (865) 522-0049
rachel@gregcolemanlaw.com
jonathan@gregcolemanlaw.com
will@gregcolemanlaw.com

Alex R. Straus, SBN 321366
**GREG COLEMAN LAW PC**
16748 McCormack Street
Los Angeles, CA 91436
Tel: (917) 471-1894
alex@gregcolemanlaw.com

*Attorneys for Plaintiff Amanda Merriman*


 /s/ Yeremey Krivoshey
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
Blair E. Reed (State Bar No. 316791)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
               ykrivoshey@bursor.com
               breed@bursor.com

Scott A. Bursor (State Bar No. 276006)
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff Michaele Dphrepaulezz*


 /s/ Naoki S. Kaneko
Naoki S. Kaneko (SBN: 252285)
nkaneko@shb.com
**SHOOK HARDY & BACON, L.L.P.**
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Tarek Ismail (*pro hac vice* forthcoming)
tismail@goldmanismail.com
Rami N. Fakhouri (*pro hac vice* forthcoming)
rfakhouri@goldmanismail.com
Laura Sexton (*pro hac vice* forthcoming)
lsexton@goldmanismail.com
Samuel E. Schoenburg (*pro hac vice* forthcoming)
sschoenburg@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP**
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Defendants Bayer HealthCare LLC and Elanco Animal Health Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __May 5, 2021__       _____
                             Chief United States District Judge